1  JEREMY J. THOMPSON
   Nevada Bar No. 12503
2  **CLARK HILL PLLC**
   3800 Howard Hughes Drive, Suite 500
3  Las Vegas, Nevada  89169
   E-mail: jthompson@clarkhill.com
4  Telephone:  (702) 862-8300
   Facsimile:  (702) 862-8400
5  *Attorney for Defendant*
   *National Consumer Telecom & Utilities*
6  *Exchange, Inc.*

7

8                  **UNITED STATES DISTRICT COURT**
                      **DISTRICT OF NEVADA**
9

10 BONNIE MCNEESE,                        )  **Case No. 2:21-cv-00902-APG-DJA**
                                          )
11                  Plaintiff,            )
                                          )
12 vs.                                    )  **JOINT MOTION FOR EXTENSION OF**
                                          )  **TIME FOR DEFENDANT NATIONAL**
13 NATIONAL CONSUMER TELECOM &            )  **CONSUMER TELECOM & UTILITIES**
   UTILIES EXCHANGE, INC,                 )  **EXCHANGE, INC. TO FILE ANSWER**
14                                        )
                                          )  **SECOND REQUEST**
15                  Defendant.            )
                                          )
16

17         Defendant National Consumer Telecom & Utilities Exchange, Inc. ("NCTUE") has

18 requested an extension of time to answer, move or otherwise respond to the Complaint in this

19 matter, to which Plaintiff has no opposition.  Accordingly, pursuant to LR IA 6-2, IT IS HEREBY

20 STIPULATED AND AGREED to by and among counsel, that NCTUE's time to answer, move or

21 otherwise respond to the Complaint in this action is extended from July 8, 2021 through and

22 including **August 9, 2021**.  The request was made by NCTUE so that the parties may have

23 . . .

24 . . .

25 . . .

26 . . .

27 . . .

28 . . .

additional time to engage in settlement discussion, and Plaintiff approves. This stipulation is filed
in good faith and not intended to cause delay.

Respectfully submitted, this 8th day of July, 2021.

CLARK HILL PLLC

By: /s/Jeremy J. Thompson
Jeremy J. Thompson
Nevada Bar No. 12503
3800 Howard Hughes Pkwy,
Suite 500
Las Vegas, NV 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
Email: jthompson@clarkhill.com

*Attorney for Defendant National Consumer
Telecom & Utilities Exchange, Inc.*

**_No opposition_**

David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn Miller, Esq.
Nevada Bar No. 7825
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Blvd., Suite 200
Henderson, NV 89052
Phone: (702) 848-3855
Fax: (702) 385-5518
Email: dkrieger@kriegerlawgroup.com
Email: smiller@kriegerlawgroup.com
*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: _July 9, 2021_

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been served this 8th day of July, 2021, via CM/ECF, upon all counsel of record:

By: /s/*Jeremy J. Thompson*
Jeremy J. Thompson
Nevada Bar No. 12503
3800 Howard Hughes Pkwy, Suite 500
Las Vegas, NV 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
Email: jthompson@clarkhill.com